**Order entered December 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00562-CR

### TRAMON DEVONTE MATHIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-20970-T**

## ORDER

The Court **GRANTS** the December 10, 2015 motion of Katherine Drew to withdraw as counsel. We **DIRECT** the Clerk to remove Katherine Drew as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant on this appeal and to transmit the order appointing new counsel to this Court by **JANUARY 4, 2015**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Rick Magnis, Presiding Judge, 283rd Judicial District Court; Felicia Pitre, Dallas County District Clerk; Katherine Drew; and the Dallas County District Attorney's Office.

/s/    ADA BROWN
           JUSTICE